IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBYN HORN, class representative, on behalf　　　　　　　　　　　　　　PLAINTIFF
of herself and all others similarly situated

v.　　　　　　　　　　　　　　No. 4:10CV00090 JLH

TOYOTA MOTOR SALES, USA, INC.;
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA, INC.;
TOYOTA MOTOR CORPORATION;
and DOES 1-10　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Toyota Motor Sales, USA, Inc., and Toyota Motor Engineering & Manufacturing North America, Inc., have filed a motion for extension of time to answer or otherwise plead to the class action complaint. Without objection, the motion is GRANTED. Document #8. The deadline for Toyota Motor Sales, USA, Inc., and Toyota Motor Engineering & Manufacturing North America, Inc., to answer or otherwise respond to the class action complaint is hereby extended up to and including April 16, 2010.

IT IS SO ORDERED this 29th day of March, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ J. Leon Holmes
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE