IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBYN HORN, class representative, on behalf                                             PLAINTIFF
of herself and all others similarly situated

v.                                              No. 4:10CV00090 JLH

TOYOTA MOTOR SALES, USA, INC.;
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA, INC.;
TOYOTA MOTOR CORPORATION;
and DOES 1-10                                                                           DEFENDANTS

## ORDER

The petition for *pro hac vice* admission by J.R. Whaley and the law firm of Neblett, Beard & Arsenault is GRANTED.  Document #12.  J.R. Whaley is hereby admitted to appear before this Court as co-counsel for plaintiff in this action.

IT IS SO ORDERED this 5th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE