## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| ROBYN HORN, class representative, on behalf of herself and all others similarly situated | PLAINTIFF |
| v.    No. 4:10CV00090 JLH | |
| TOYOTA MOTOR SALES, USA, INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; and DOES 1-10 | DEFENDANTS |

### ORDER

WHEREAS Defendants Toyota Motor Sales, USA, Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively, "Toyota"), has submitted an unopposed motion for an order staying this action pending the Judicial Panel on Multidistrict Litigation's ("JPML") ruling on the motions for consolidation and responses thereto filed with the JPML, and for good cause shown, the Court hereby GRANTS Toyota's request to stay these proceedings.

It is therefore ORDERED that this action, including without limitation (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the USDC for the Eastern District of Arkansas, and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, is stayed pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") concerning the transfer of this action for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

IT IS SO ORDERED this 12th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE